JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUDITH WILLIAMS HUDSON,<br><br>               Plaintiff,<br><br>vs.<br><br>J.P. MORGAN CHASE BANK, et al.,<br><br>               Defendants. | Case No. CV14-04528 DDP (SHx)<br><br>**JUDGMENT IN A CIVIL CASE** |

///

///

1  Based upon the stipulation of the parties, it is hereby ORDERED that this
2  action is hereby dismissed with prejudice in its entirety.

3

4  **IT IS SO ORDERED.**

5

6

7  DATED: May 11, 2015

8

9  Honorable Dean D. Pregerson
10 UNITED STATES
11 DISTRICT JUDGE

12

13

14 Submitted by:

15
   DAVID D. PIPER, CASB No. 179889
16 david.piper@kyl.com
   BENTLEY P. STANSBURY III, CASB No. 229102
17 bentley.stansbury@kyl.com
   KEESAL, YOUNG & LOGAN
18 A Professional Corporation
19 400 Oceangate
   Long Beach, California  90802
20 Telephone:    (562) 436-2000
   Facsimile:    (562) 436-7416
21
22 Attorneys for Defendant
   JPMORGAN CHASE BANK, N.A. (erroneously
23 sued herein as J.P. Morgan Chase Bank)

24

25

26

27

28